Erica Francisco-Lau – ID # 226642017
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
Francisco-lau@methwerb.com
Attorneys for Defendants
Our File No. 95354 ELH

| | |
|---|---|
| JIBRIL DIOP AND KOURO DIOP<br><br>Plaintiff<br><br>V.<br><br>NORTH WARREN REGIONAL SCHOOL DISTRICT, NORTH WARREN REGIONAL BOARD OF EDUCATION, TINA RITCHIE, JEANENE DUTT, SARAH BILOTTI, AND KELLEN BRADLEY<br><br>Defendant | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO.: 3:24-CV-07144-MAS-JBD<br>Magistrate Judge J. Brendan Day<br><br>CIVIL ACTION<br><br>**STIPULATION OF DISMISSAL PURUSANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(1)(ii) with each party to bear its respective attorney's fees and costs.

| | |
|---|---|
| THE LAW OFFICES OF THOMAS ANDRYKOVITZ, P.C. | METHFESSEL & WERBEL, ESQS. |
| *[signature]* | *[signature]* |
| Thomas Andrykovitz, Esq.<br>Attorneys for Plaintiff,<br>Jibril Diop and Kouro Diop | Erica Francisco-Lau, Esq.<br>Attorneys for Defendants,<br>North Warren Regional School District, North Warren Regional Board of Education, Tina Ritchie, Jeanene Dutt, Sarah Bilotti and Kellen Bradley |

DATED: November 3, 2025

So Ordered this 4th day of November 2025

*[signature]*
Honorable Michael A. Shipp, U.S.D.J.